# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**SHELBERT ABRAHAM, JR.,**

      **Plaintiff,**

v.                               Case No. 06-1281-MLB

**B.G. BOLTON'S GRILLE & BAR, ET AL.,**

      **Defendants.**

## ORDER

On April 23, 2007, pursuant to Fed. R. Civ. P. 16(b), the court conducted a status conference in this case with the parties. Plaintiff appeared in person; Defendants appeared through counsel Susan Selvidge. After hearing statements from all parties, the Court modified the Scheduling Order entered on January 30, 2007 (Doc. 11) as follows:

1. The April 30, 2007, deadline for completing mediation is CANCELED; a new deadline for mediation will be set in a future status conference or at the final pretrial conference.

2. The June 1, 2007, deadline for submitting a pretrial conference order is CANCELED; a new date will be set by the Court.

3. The Pretrial Conference scheduled for June 18, 2007 at 1:30 p.m. before Hon. Monti L. Belot, is CANCELED and will be re-scheduled by the Court.

4. The July 30, 2007, deadline for filing dispositive motions is hereby CANCELED and will be reset by the Court.

THE PARTIES SHOULD TAKE NOTICE THAT THE APRIL 30, 2007, DEADLINE FOR COMPLETION OF ALL DISCOVERY REMAINS AS IT WAS ORIGINALLY SET IN THE JANUARY 30, 2007 SCHEDULING ORDER.

As a result of the prior hearing on April 16, 2007 with Judge Belot, and as a result of this status conference, the following deadlines apply concerning pending motions, responses and replies, and concerning Plaintiff's deadline for serving full and complete responses to Defendants' outstanding discovery requests:

A. Plaintiff shall serve full and complete discovery responses to all of Defendants' outstanding discovery requests on or before **May 1, 2007**;

B. Plaintiff will file any response to the motion to dismiss by defendants William Gates and Gates Enterprises (Doc. 28) on or before **April 30, 2007**; Defendants shall file any reply on or before **May 23, 2007**;

C. Plaintiff shall file any response to defendants' Motion for Reconsideration (Doc. 52) on or before **May 7, 2007;** Defendants shall file any reply on or before **May 21, 2007;**

The prior motion to compel discovery responses filed by Defendants (Doc. 45) is now MOOT as a result of the deadlines set in this Order and as a result of the April 16, 2007 hearing before Judge Belot.

Plaintiff requested permission to serve alias summons due to clerical mistakes and the Court granted this request. Plaintiff shall contact the Clerk's office about the issuance of any alias summons as soon as possible.

After the filing of the above responses and replies, the Court will set another status conference and will notify the parties of that date and time.

IT IS SO ORDERED.

Dated this 23rd day of April, 2007, at Wichita, Kansas.

s/ DONALD W. BOSTWICK
Donald W. Bostwick
U.S. Magistrate Judge