# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHELBERT ABRAHAM, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-1281-MLB |
| B.G. BOLTONS' GRILLE & BAR, GATES ENTERPRISES, WILLIAM GATES, | ) |
| Defendants. | ) |

## ORDER

In its Order of April 23, 2007 (Doc. 53), the court modified certain discovery deadlines that had previously been set in this case, including the deadlines for completing any mediation, filing any dispositive motions and submitting a proposed pretrial order. The court specifically stated, however, that the discovery cutoff of April 30, 2007, was NOT cancelled or amended. The court also cancelled the pretrial conference which had been set for June 18, 2007. The matters which caused the entry of the April 23, 2007 Order related to Plaintiff's attempts to serve "William Gates" and the July 20, 2007, deadline for securing such service which was set by Judge Belot. (Doc. 67.) In the course of attempting to obtain service, Plaintiff filed three motions in July 2007 concerning Mr. Gates. Those three motions have been resolved by a separate Memorandum and Order

entered this date.

The undersigned magistrate judge has conferred with Judge Belot about the scheduling of the remaining deadlines in this case. The court believes that it would be appropriate to first set a date for the filing of any motions for summary judgment. Accordingly, the deadline for the filing any motions for summary judgment or any other potentially dispositive motions is **October 22, 2007.** Rather than applying the timetable set in the local rules for the filing of responses and replies to any summary judgment motions, the Court hereby directs that any responses to motions for summary judgment shall be filed on or before **November 21, 2007,** and replies, if any, shall be filed on or before **December 21, 2007.**

The court will defer setting any deadlines for mediation or submission of a proposed pretrial order, and will defer scheduling a pretrial conference, until after the trial judge has ruled on any motions for summary judgment or other dispositive motions.

The parties are reminded that they must comply with the requirements of Fed. R. Civ. P. 56 and D. Kan. Rule 56.1 in connection with any motions for summary judgment and any responses and replies. Failure to comply with these rules may result in the imposition of sanctions, including, but not limited to, the possible striking of any pleading which does not comply. Plaintiff should already

have a copy of the court's local rules, but if he does not, he should obtain one from the Clerk's office.

**IT IS SO ORDERED**.

Dated at Wichita, Kansas, on this 13th day of September, 2007.

    s/   D<small>ONALD</small> W. B<small>OSTWICK</small>
DONALD W. BOSTWICK
United States Magistrate Judge